AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Yanexy Ricardo<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 11-8185-JMH |

FILED by _YM_ D.C.

MAY 2 6 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 25, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(a)(3) and 1029(c)(1)(A) | Knowingly and with intent to defraud possessed at least 15 devices which were counterfeit access devices. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas J. Fitzpatrick, Special Agent U.S.S.S.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/26/2011__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Thomas J. Fitzpatrick, being duly sworn, depose and state that:

1. I have been employed as a Special Agent with the United States Secret Service since November 2006. Routine duties of my current employment include the investigation of violations of federal and state laws pertaining to access device fraud and other criminal matters.

2. The information contained in this affidavit is based upon my own personal knowledge and information obtained from other law enforcement officers as well as civilian witnesses. This affidavit is being submitted for the limited purpose of establishing probable cause to charge Yanexy Ricardo with knowingly and with intent to defraud possessed at least 15 devices which were counterfeit access devices, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A). As such, this affidavit does not contain all the facts known to me relating to this investigation.

3. This investigation originated when the West Palm Beach Resident Office of the United States Secret Service ("USSS") was contacted by Palm Beach County Sheriff's Office ("PBSO") Detective Ryan Miller regarding three (3) individuals suspected of using counterfeit credit cards at the Wellington Green Mall.

4. On or about May 25, 2011, an individual with the initials "J.B." was contacted by Chase Bank regarding a $363.81 credit card purchase at the Abercrombie & Fitch clothing store located within the Wellington Green Mall in Palm Beach County, Florida. The last four numbers on the credit card used to conduct that transaction were "8615." J.B. had in his possession the actually credit card with those numbers on it. J.B. advised Chase Bank that he did not authorize the aforementioned charge.

1

at Abercrombie & Fitch.

5. J.B. contacted the Abercrombie & Fitch store, who in turn contacted mall security and advised them about had happened. Mall security contacted PBSO Deputy Patrick Burt, who was on-site at the Wellington Green Mall, and informed him about had happened. Deputy Burt responded to the Abercrombie & Fitch store and met with Abercrombie & Fitch store employee "A.F." "A.F." recalled the aforementioned credit card transaction and was able to provide Deputy Burt with a physical description of the suspects along with information about said credit card transaction. A.F. described the suspects as two "heavy set Hispanic women," who came into the store and made two (2) separate purchases. One purchase was for "$363 and change," and the other purchase was for "$300." A.F. said one was wearing "black sweat pants," and the other was wearing sweat pants with the letters "PINK" on the backside. Deputy Burt relayed this information to mall security, who located individuals matching the description. These individuals were located in the food court area of the mall.

6. Deputy Burt responded to this area and made contact with the two suspects, who were accompanied by a Hispanic male. Deputy Burt requested identification from the three individuals. One of the individuals identified as Yanexy Ricardo presented a valid State of Florida Driver's License. As Yanexy Ricardo handed her Driver's License to Deputy Burt, he noticed in plain view inside her purse what appeared to be another Florida Driver's License. When Deputy Burt inquired about the "second" DL, Yanexy Ricardo attempted to distract him by over emphasizing the DL she had produced. After requesting Yanexy Ricardo to show him the other driver's license, she (Yanexy Ricardo) said "you get it." Deputy Burt then retrieved the additional driver's license. That driver's license contained a photograph. The individual depicted in the "second" driver's

2

license matched Yanexy Ricardo. However, the name "Laura Diaz" appeared on the "second" driver's license. The "second" driver's license also contained a different DL number. Deputy Burt had dispatch run both DL numbers which revealed that the DL number on the "second" driver's license did not come back to anyone. Yanexy Ricardo was taken into custody at that time. The other two individuals identified as Sayli Alvarez and Yoandy Alfonso accompanied Yanexy Ricardo to the mall security office.

7. At the time of Yanexy Ricardo's arrest, she had in her possession several shopping bags from different stores including the Abercrombie & Fitch store. Deputy Burt located the receipt corresponding to the fraudulent credit card transaction reported by of "J.B."

8. Deputy Burt discovered twenty one (21) credit cards in the name "Laura Diaz" inside Yanexy Ricardo's purse. PBSO Detective Ryan Miller was contacted and conducted a preliminary search on the aforementioned credit cards. His search revealed that the bank / financial institution listed on the front of each card did not match the corresponding embossed number.

9. Post *Miranda,* Yanexy Ricardo admitted to your affiant that she along with the two other individuals drove from Miami to the Wellington Green Mall. Once at the mall, Yanexy Ricardo admitted to making multiple fraudulent credit card purchases at "Abercrombie & Fitch, Hollister, Victoria Secret, and Macy's." Yanexy Ricardo also admitted that she knew the credit cards were all counterfeit, and did it to "support" her seven year old daughter. Yanexy Ricardo said she found the counterfeit credit cards in a "gas station restroom in Miami" the day before. Yanexy Ricardo also admitted she purchased "gift cards, shirts, and kids clothes" with the counterfeit credit cards for both herself and her "family in Cuba."

10. Based on the foregoing facts, your affiant submits that probable cause exists to charge

Yanexy Ricardo with knowingly and with intent to defraud possessed at least 15 devices which were counterfeit access devices, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A).

Further your affiant sayeth naught,

Special Agent Thomas J. Fitzpatrick
United States Secret Service

Sworn and subscribed to before
me this 26th day of May 2011

Honorable James M. Hopkins
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8185-JMH

### BOND RECOMMENDATION

DEFENDANT: Yanexy Ricardo

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: William T. Zloch

Last Known Address: _____

What Facility: Palm Beach County Jail

West Palm Beach, FL

Agent(s): Thomas Fitzpatrick, U.S.S.S.
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8185-JMH

**UNITED STATES OF AMERICA**

vs.

**YANEXY RICARDO,**

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
William.Zloch@usdoj.gov